**LOREN K. MESSERLY, ISB # 7434**
**GREENER BURKE SHOEMAKER OBERRECHT P.A.**
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone (208) 319-2600
Facsimile  (208) 319-2601
Email:  lmesserly@greenerlaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRYAN CRABTREE,<br><br>            Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>            Defendant. | Case No.: 1:14-cv-73<br><br>First Judical District, Kootenai County<br>Case No. CV-14-1097<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Midland Credit Management, Inc. ("MCM"), by and through its undersigned counsel, and without waiver of any defenses, files this Notice of Removal in the above action from the Small Claims Department of the District Court of the First Judicial district of the State of Idaho, in and for the County of  Kootenai, to the United Stated District Court for the District of Idaho.  Pursuant to Local Rule 81.1, true correct and complete copies of the state Court record and docket sheet are attached as Exhibits A and B to the Affidavit of Counsel, filed contemporaneously herewith.

**NOTICE OF REMOVAL – P 1**
19274-005 (646235)

As grounds for removal, MCM respectfully states as follows:

1.   The Plaintiff's sole claim is brought under the Fair Debt Collection Practices Act. See Complaint attached as Exhibit A to the Affidavit in Support of Notice of Removal. Therefore, there is federal question jurisdiction pursuant to 28 U.S.C. § 1331.

2.   Defendant was served with a copy of the Summons and Complaint on February 5, 2014, so this notice is timely filed.

DATED this 28th day of February, 2014.

GREENER BURKE SHOEMAKER OBERRECHT P.A.

/s/
LOREN K. MESSERLY
Attorneys for Defendant

**NOTICE OF REMOVAL – P 2**
19274-005 (646235)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2014, a true and correct copy of the within and foregoing instrument was served upon:

| | |
|---|---|
| Bryan D. Crabtree | ☒ U.S. Mail |
| 612 W 12th Avenue | ☐ Facsimile: |
| Post Falls, ID 83854 | ☐ Hand Delivery |
| | ☐ Overnight Delivery |
| | ☒ Email: sewgroovy51@gmail.com |

/s/
Loren K. Messerly

**NOTICE OF REMOVAL – P 3**
19274-005 (646235)