**LOREN K. MESSERLY, ISB # 7434**
**GREENER BURKE SHOEMAKER OBERRECHT P.A.**
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone (208) 319-2600
Facsimile  (208) 319-2601
*pdent@greenerlaw.com*

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRYAN CRABTREE,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>　　　　　　　　Defendant. | Case No.:  1:14-cv-73<br><br>First Judical District, Kootenai County Case No. CV-14-1097<br><br>**AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL** |

State of Idaho　)
　　　　　　　　) ss.
County of Ada　)

　　　　Loren K. Messerly, having been first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am an attorney with Greener Burke Shoemaker Oberrecht P.A., counsel for Defendant Midland Credit Management, Inc., ("Defendant") in the above-captioned case.  I have primary responsibility for the handling of this litigation and make this Affidavit based upon my personal knowledge.

AFFIDAVIT IN SUPPORT OF NOTICE OF REMOVAL - 1
19274-005  (648490)

2. I make this Affidavit in support of Defendant's Notice of Removal.

3. Attached to this Affidavit as **Exhibit A** is a true and correct copy of Plaintiff Bryan D. Crabtree's ("Plaintiff") Complaint filed in the Small Claims Department in Kootenai County on January 31, 2014.

4. Attached to this Affidavit as **Exhibit B** is a true and correct copy of the Court Repository for Case No. CV-2014-0001097, Bryan D. Crabtree vs. Midland Credit Management Inc., Fourth Judicial District of Idaho, Small Claims Department, County of Kootenai.

Dated: February 29, 2014

_____
Loren K. Messserly

STATE OF IDAHO   )
                 ) ss.
County of Ada    )

SUBSCRIBED AND SWORN before me this 28th day of February, 2014.

_____
Pamela R. Dent, Notary Public for Idaho
Residing at Nampa, Idaho
My commission expires 10/24/2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2014, a true and correct copy of the within and foregoing instrument was served upon:

Bryan D. Crabtree  
612 W 12th Avenue  
Post Falls, ID 83854

☒ U.S. Mail  
☐ Facsimile:  
☐ Hand Delivery  
☐ Overnight Delivery  
☒ Email: sewgroovy51@gmail.com

/s/  
Loren K. Messerly